**Supreme Court**
No. 2014-22-Appeal.

City National Bank et al.        :

v.             :

Main and West, LLC, et al.     :

**O R D E R**

The plaintiff, City National Bank, appeals from the denial of its motion to issue an execution on the judgment entered in its favor in Superior Court. This case came before the Supreme Court at a session in conference pursuant to Article I, Rule 12A(3)(b) of the Supreme Court Rules of Appellate Procedure. At this time, we proceed to decide this case without further briefing and argument.

This appeal is not properly before the Court. Under "[Article I,] Rule 4(a) [of the Supreme Court Rules of Appellate Procedure], a notice of appeal must be filed 'within twenty (20) days of the date of the entry of the judgment.'" Iozzi v. City of Cranston, 52 A.3d 585, 588 (R.I. 2012) (quoting Rule 4(a)). "It is well settled that 'the time specified in Rule 4(a) is mandatory, and that once the prescribed time has passed there can be no review by way of appeal.'" Id. (quoting Wachovia Bank v. Hershberger, 911 A.2d 278, 279-80 (R.I. 2006) (mem.)).

Several months after judgment was entered in its favor in this case, the plaintiff filed a motion to issue execution, which was denied by an order entered on August 2, 2013. The plaintiff then filed a motion for reconsideration which was denied by an order entered on

September 17, 2013. The plaintiff filed a notice of appeal on October 16, 2013. The plaintiff's appeal from the order denying its motion to issue execution is clearly untimely.

Even if the appeal period were considered to begin running upon entry of the order denying the plaintiff's motion for reconsideration, the appeal would have been untimely. Nevertheless, we again caution that motions to reconsider do not serve as a substitute for a party's failure to file a timely appeal. See Turacova v. DeThomas, 45 A.3d 509, 515 (R.I. 2012) (citing Gray v. Stillman White Co., 522 A.2d 737, 740 (R.I. 1987)).

Accordingly, the plaintiff's appeal is denied and dismissed.


Entered as an Order of this Court on this 5th day of November, 2014.


By Order,


_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**    City National Bank et al. v. Main and West, LLC, et al.

**CASE NO:**    No. 2014-22-Appeal.
(WC-12-0093)

**COURT:**    Supreme Court

**DATE ORDER FILED:**    November 5, 2014

**JUSTICES:**    Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**    N/A – Court Order

**SOURCE OF APPEAL:**    Washington County Superior Court

**JUDGE FROM LOWER COURT**:

    Associate Justice Kristin E. Rodgers

**ATTORNEYS ON APPEAL:**

    For Plaintiff:  Andrew Bilodeau, Esq.

    For Defendant:  John B. Ennis, Esq.